# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHARON PRUETT,

       **Plaintiff,**

v.                                                    Civ. No. 19-817 SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

       **Defendant.**

## ORDER ON UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through March 23, 2020, to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through May 22, 2020 to serve his Response, and Plaintiff through June 5, 2020 to serve her reply.

                                                      _____
                                                      HONORABLE STEPHAN M. VIDMAR
                                                      UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:


*/s/ Laura Joellen Johnson*
Laura Joellen Johnson

MICHAEL ARMSTRONG LAW
Attorneys for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
(505) 890-9056
(505) 266-5860 fax


<u>Email Approval on March 16, 2020</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax