IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHARON ELAINE PRUETT,**

    Plaintiff,

v.                                                                                                                             No. 19-cv-0817 SMV

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    Defendant.

## JUDGMENT

    Having granted Plaintiff's Motion to Reverse and Remand [Doc. 23], by an Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**
                                                             **Presiding by Consent**